DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESTER SWARTZ,**
Appellant,

v.

**POINCIANA PLACE CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D16-4224

[January 18, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 50-2012-CA-023660-XXXX-MB.

Lester Swartz, Lake Worth, pro se.

James K. Parker and Yvette R. Lavelle of Boyd Richards Parker & Colonnelli, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***